**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elaine Jones<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br><br>Movant<br><br>v.<br><br>Elaine Jones and<br>William C. Miller, Esquire<br><br>Respondents | 15-15969 ELF<br><br>Chapter 13 Proceeding<br><br>Related to Document #50&51:<br><br>Hearing Date:  11/03/2016 at 10:00am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 5, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 10/20/2016.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                 Respectfully submitted,
                                                 POWERS KIRN &ASSOCIATES, LLC

By:    **/s/ Jill Manuel-Coughlin, Esquire**
                    By:  Jill Manuel-Coughlin
                    Attorney ID #     63252
                    Eight Neshaminy Interplex, Suite 215
                    Trevose, PA 19053
                    Telephone: 215-942-2090
                    Facsimile: 215-942-8661
                    E-mail: Jill@pkjllc.com
                    Attorney for Movant
                    DATED:  October 26, 2016

15-2271

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elaine Jones<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br><br>Movant<br><br>v.<br><br>Elaine Jones and<br>William C. Miller, Esquire<br><br>Respondents | 15-15969 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 11/03/2016 at 10:00am |

**CERTIFICATION OF SERVICE AND NOTICE**

JILL MANUEL-COUGHLIN, counsel WELLS FARGO BANK, N.A., hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on October 26, 2016:

*Served Electronically*:

Brad J. Sadek, Esquire
1315 Walnut Steet, Suite 804
Philadelphia,, PA  19107
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

*Served Via 1st Class Mail:*

POWERS KIRN & ASSOCIATES, LLC

By: /s/ Jill Manuel-Coughlin, Esquire
By:  Jill Manuel-Coughlin
Attorney ID #      63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant