**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elaine Jones<br><br>                           Debtor<br><br>WELLS FARGO BANK, N.A.<br>                           Movant<br>   v.<br>Elaine Jones<br><br>and<br>William C. Miller, Esquire<br>                           Respondents | Case No. 15-15969 ELF<br><br>Chapter 13 |

## ORDER

AND NOW, this 3rd day of November, 2016, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 4938 Wynnefield Avenue, Philadelphia, PA 19131 and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Interested Parties:

Elaine Jones
5112 Wynnefield Avenue
Philadelphia, PA 19131

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Attorney for Debtor

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant