United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-15969-elf
Elaine Jones                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Nov 03, 2016
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
```
db              +Elaine Jones,    5112 Wynnefield Avenue,    Philadelphia, PA 19131-2316
13675512        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                 3476 Stateview Blvd,    Fort Mill SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRAD J. SADEK    on behalf of Debtor Elaine  Jones brad@sadeklaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elaine Jones<br><br>                          Debtor | Case No. 15-15969 ELF<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                          Movant<br>     v.<br>Elaine Jones<br><br>and<br>William C. Miller, Esquire<br>                          Respondents | |

## ORDER

AND NOW, this 3rd day of November, 2016, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 4938 Wynnefield Avenue, Philadelphia, PA 19131 and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Interested Parties:

Elaine Jones
5112 Wynnefield Avenue
Philadelphia, PA 19131

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
Attorney for Debtor

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant