United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elaine Jones  
     Debtor

Case No. 15-15969-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Feb 11, 2017  
                  Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.  
13675512    +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC# D3347-014,    3476 Stateview Blvd,   Fort Mill SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:

      ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us  
      BRAD J. SADEK   on behalf of Debtor Elaine Jones brad@sadeklaw.com  
      JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
      JILL MANUEL-COUGHLIN   on behalf of Creditor   FAY SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KEVIN S. FRANKEL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com  
      KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com  
      LEEANE O. HUGGINS   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com  
      PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
      THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15969-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Elaine Jones
5112 Wynnefield Avenue
Philadelphia PA 19131

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715 | PROF-2013-S3 Legal Title Trust IV, By U.S. Bank 440 S. LaSalle Street Ste. 2000 Chicago, IL 60605 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/12/17

Tim McGrath
**CLERK OF THE COURT**