**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    **ELAINE JONES,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |
| | : | **Bky. No. 15-15969 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Motion to Reconsider the November 3, 2016 Order Granting Relief from the Automatic Stay (Doc. # 60), and after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that the Motion is **DENIED**.

Date: **May 23, 2017**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**