United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Elaine Jones
                Debtor

Case No. 15-15969-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Nov 21, 2017
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
13636573        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
          ALBERT JAMES MILLAR   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          BRAD J. SADEK   on behalf of Debtor Elaine  Jones brad@sadeklaw.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
          Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   FAY SERVICING, LLC jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC, Et Al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pa-bk@logs.com
          KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pabk@logs.com
          LEEANE O. HUGGINS   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pabk@logs.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
          THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                             TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15969-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Elaine Jones
5112 Wynnefield Avenue
Philadelphia PA 19131

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/21/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 7: JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 | MTGLQ Investors, LP c/o Rushmore Loan Management Services P.O. Box 52708 Irvine, CA 92619 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/23/17

Tim McGrath

**CLERK OF THE COURT**