United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elaine Jones  
    Debtor

Case No. 15-15969-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Nov 14, 2018  
                 Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db           +Elaine Jones,    5112 Wynnefield Avenue,    Philadelphia, PA 19131-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/Text: bknotices@snsc.com Nov 15 2018 03:56:21  
           U.S. Bank Trust National Association as Trustee of,    c/o SN Servicing Corp.,    323 5th Street,  
           Eureka, CA 95501-0305  
                                                                                                                                                           TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
       ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
        RA-occbankruptcy6@state.pa.us
       BRAD J. SADEK    on behalf of Debtor Elaine  Jones brad@sadeklaw.com,    bradsadek@gmail.com
       DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
        Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
       JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
       JILL  MANUEL-COUGHLIN    on behalf of Creditor    FAY SERVICING, LLC jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC, Et Al...
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Jillian Nolan Snider    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
        Chalet Series III Trust jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
       KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pa-bk@logs.com
       KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pabk@logs.com
       LEEANE O. HUGGINS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        pabk@logs.com
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
        karena.blaylock@phila.gov
       THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
        tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                   TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Elaine Jones
    Debtor(s)

Case No: 15–15969–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certificate of Default and the Response to the Certificate of Default.

on: 11/27/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/14/18

Timothy B. McGrath
Clerk of Court

84 – 83
Form 167