**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **ELAINE JONES** | : | **Bankruptcy No. 15-15969-elf** |
| | : | |
| **Debtor** | : | **Related to Document No. 82 & 83** |

<u>ORDER OF COURT</u>

AND NOW, this _____ day of _____, 2018, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

_____
The Honorable Eric L. Frank
Bankruptcy Judge

TADMS:5064601-1 018919-184721