**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **ELAINE JONES** | : | **Bankruptcy No. 15-15969-elf** |
| | : | |
| **Debtor** | : | **Related to Document No. 82 & 83** |

<u>ORDER OF COURT</u>

AND NOW, this 17th day of December, 2018, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust and with the Debtor (Doc. # 87), it is hereby ORDERED that the Stipulation is hereby approved.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**