United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15969-elf
Elaine Jones                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina           Page 1 of 1           Date Rcvd: Dec 17, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db            +Elaine Jones,    5112 Wynnefield Avenue,    Philadelphia, PA 19131-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
      ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
       RA-occbankruptcy6@state.pa.us
      BRAD J. SADEK     on behalf of Debtor Elaine  Jones brad@sadeklaw.com,   bradsadek@gmail.com
      DANIELLE BOYLE-EBERSOLE     on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
       Management Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
      JEROME B. BLANK     on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    FAY SERVICING, LLC jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Ditech Financial LLC, Et Al...
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Jillian Nolan Snider    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
       Chalet Series III Trust jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
      KEVIN S. FRANKEL     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       pa-bk@logs.com
      KRISTEN D. LITTLE     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       pabk@logs.com
      LEEANE O. HUGGINS     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       pabk@logs.com
      PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       karena.blaylock@phila.gov
      THOMAS I. PULEO     on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                        TOTAL: 16

# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| ELAINE JONES | : | Bankruptcy No. 15-15969-elf |
| | : | |
| Debtor | : | Related to Document No. 82 & 83 |

## ORDER OF COURT

AND NOW, this 17th day of December, 2018, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust and with the Debtor (Doc. # 87), it is hereby ORDERED that the Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**