IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Elaine Jones<br><br>Debtor(s) | :<br>:<br>:    Case No.: 15-15969<br>:<br>:    Chapter 13 |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Motion for Modification of Chapter 13 Plan filed on December 31, 2018.

Dated: January 23, 2019

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008