# Best Case Bankruptcy Case Notes
## Jones, Elaine

**LEGAL FEES BREAKDOWN**

KMC          2/23/19   11:06AM     2/25/19   11:48AM

ATTORNEY FEE: $335.00/hour    3.4 hours x $335.00 =   $1,139.00
Brad J. Sadek, Esq.
Matthew H. Lazarus, Esq.

PARALEGAL FEE: $125.00/hour    3.5 hours x $125.00 =   $437.50
Karen Campling
Jordan Williams
Meghan Hazlett

Total: $1,139.00 + $437.50 = $1,576.50

---

**.2:**
KMC        1/23/19
Prepare and file CNR.

**.5:**
KMC        12/31/18
File & Serve Motion to Modify.

**.6:**
KMC        12/31/18
Filed Modified Plan & Amended J; Letter to Client.

**1.:**
MHL        12/31/18
Prepare Motion to Modify Plan and Amend Plan

**.3**
MEH        11/09/18
Efile Response

**.6**
BJS        11/09/18
Prepare Response.

**.4**
BJS        5/08/18
Spoke with client, will send signed permanent modification agreement.

**.3:**
MEH        4/04/18
Faxed loan mod to 215-473-9465.

**.3:**
JLW
Re-fax ltr of authorization to Fay.

**.3**
JLW        6/21/17
IC from Client.

**.2**
JLW        5/25/17
Sent ltr enclosing mod info

# Best Case Bankruptcy Case Notes
## Jones, Elaine

**.2**
BJS                3/23/17

Sent fax to Fay - authorization to speak with client

**1.2**
BJS                3/23/17

Motion to Reconsider; Sent letter to cl on 2/20/17 to fill out mod papers
3/23/17 rick from fay called 312-610-7087 he said no mod request received; 3/23/17 oc to client - lvm to call back re: if mod request sent?

**.3:**
KMC               1/23/17

IC from Client

**.5:**
KMC               1/19/17

File Motion to Reconsider and Response to MFR