IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Elaine Jones

Case No.: 15-15969ELF

Debtor(s)

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a true and correct copy of the Supplemental Application for Compensation and notice was served electronically or by regular United States mail to the Debtor, all interested parties and creditors, and the Chapter 13 Trustee.

Dated: March 22, 2019

/s/ **Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
**Sadek and Cooper**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**Phone: 215-545-0008**
**brad@sadeklaw.com**