United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15969-elf
Elaine Jones                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey            Page 1 of 2              Date Rcvd: Mar 27, 2019
                              Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db          +Elaine Jones,   5112 Wynnefield Avenue,   Philadelphia, PA 19131-2316
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   LeeAne O. Huggins, Esquire,
              SHAPIRO & DENARDO, LLC,   3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:02   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:38
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:02   City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2019 02:47:28
              Ditech Financial LLC FKA Green Tree Servicing LLC,   PO BOX 6154,   Rapid City, SD 57709-6154
cr           E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2019 02:47:32
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30   Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
cr          +E-mail/Text: bknotices@snsc.com Mar 28 2019 02:48:16
              U.S. Bank Trust National Association as Trustee of,   c/o SN Servicing Corp.,   323 5th Street,
              Eureka, CA 95501-0305
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PROF-2013-S3 Legal Title Trust IV, By U.S. Bank Na
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
          ALBERT JAMES MILLAR   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          BRAD J. SADEK   on behalf of Debtor Elaine  Jones brad@sadeklaw.com,  bradsadek@gmail.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
           Management Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    FAY SERVICING, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILLIAN NOLAN SNIDER    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           Chalet Series III Trust jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Mar 27, 2019
                              Form ID: pdf900           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC, Et Al...
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pa-bk@logs.com
         KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pabk@logs.com
         LEEANE O. HUGGINS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pabk@logs.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
         ROBERT J. DAVIDOW    on behalf of Creditor    DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com
         THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
          tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                    TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ELAINE JONES, | : | |
| Debtor | : | Bky. No.  15-15969 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #92 ) is **APPROVED**.

**Date: March 27, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**