IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Elaine Jones | : Chapter 13 |
| | : |
| | : Case No. 15-15969ELF |
| Debtor(s) | : |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation filed at Docket Number 97.

Dated: April 16, 2019              /s/ Brad J. Sadek, Esquire
                                   Brad J. Sadek, Esquire
                                   Sadek and Cooper
                                   1315 Walnut Street, Suite 502
                                   Philadelphia, PA 19107
                                   215-545-0008