IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Elaine Jones

    Case No.: 15-15969ELF

Debtor(s)  
    Chapter 13

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Counsel is **ALLOWED** supplemental compensation of $1,500.00.

**Dated:** 4/18/19

ERIC L. FRANK  
U.S. BANKRUPTCY JUDGE