United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15969-elf
Elaine Jones                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey          Page 1 of 1           Date Rcvd: Apr 18, 2019
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db              +Elaine Jones,    5112 Wynnefield Avenue,    Philadelphia, PA 19131-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              BRAD J. SADEK     on behalf of Debtor Elaine    Jones brad@sadeklaw.com, bradsadek@gmail.com
              DANIELLE BOYLE-EBERSOLE     on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    FAY SERVICING, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL MANUEL-COUGHLIN     on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILLIAN NOLAN SNIDER     on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust jsnider@tuckerlaw.com,     agilbert@tuckerlaw.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Ditech Financial LLC, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              LEEANE O. HUGGINS     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT J. DAVIDOW     on behalf of Creditor    DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Elaine Jones

                                Case No.: 15-15969ELF

Debtor(s)                             Chapter 13

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Counsel is **ALLOWED** supplemental compensation of $1,500.00.

**Dated:** 4/18/19

                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**