IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ELAINE JONES
    Debtor

: CHAPTER 13
:
: BK. No. 15-15969 ELF

## ORDER

AND NOW, this 3rd day of July, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved. (Doc. # 111)

*[signature]*

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE