United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-15969-elf
Elaine Jones　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: Stacey　　　　Page 1 of 1　　　　Date Rcvd: Dec 19, 2019
　　　　　　　　　　　　　　Form ID: trc　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
　NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13607413　　　+E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2019 03:32:09　　Ditech Financial LLC,
　　　P.O. Box 6154,　Rapid City, SD 57709-6154,　Telephone number 57709-6154
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019　　　　　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
　　　　ALBERT JAMES MILLAR　　on behalf of Creditor　　PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
　　　　BRAD J. SADEK　　on behalf of Debtor Elaine　Jones brad@sadeklaw.com, bradsadek@gmail.com
　　　　DANIELLE BOYLE-EBERSOLE　　on behalf of Creditor　　MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
　　　　JEROME B. BLANK　　on behalf of Creditor　　DITECH FINANCIAL LLC paeb@fedphe.com
　　　　JEROME B. BLANK　　on behalf of Creditor　　Ditech Financial LLC paeb@fedphe.com
　　　　JILL MANUEL-COUGHLIN　　on behalf of Creditor　　FAY SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
　　　　JILL MANUEL-COUGHLIN　　on behalf of Creditor　　WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
　　　　JILL MANUEL-COUGHLIN　　on behalf of Creditor　　CITIMORTGAGE, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
　　　　JILLIAN NOLAN SNIDER　　on behalf of Creditor　　U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　　Ditech Financial LLC, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　KEVIN S. FRANKEL　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
　　　　KRISTEN D. LITTLE　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
　　　　LEEANE O. HUGGINS　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
　　　　MARIO J. HANYON　　on behalf of Creditor　　Ditech Financial LLC paeb@fedphe.com
　　　　PAMELA ELCHERT THURMOND　　on behalf of Creditor　　City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
　　　　ROBERT J. DAVIDOW　　on behalf of Creditor　　Ditech Financial LLC robert.davidow@phelanhallinan.com
　　　　ROBERT J. DAVIDOW　　on behalf of Creditor　　DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com
　　　　THOMAS I. PULEO　　on behalf of Creditor　　Ditech Financial LLC FKA Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 20

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15969-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Elaine Jones
5112 Wynnefield Avenue
Philadelphia PA 19131

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785 | NewRez LLC d/b/a Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/21/19

Tim McGrath
**CLERK OF THE COURT**