United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Elaine Jones  
    Debtor

Case No. 15-15969-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: May 18, 2021      Form ID: 138NEW      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elaine Jones, 5112 Wynnefield Avenue, Philadelphia, PA 19131-2316 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, LeeAne O. Huggins, Esquire, SHAPIRO & DENARDO, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 13625564 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13583492 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13655517 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13607413 | + | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number 57709-6154 |
| 13583499 | + | Earl McAllister, 1733 Georges Lane, Philadelphia, PA 19131-3313 |
| 14017338 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14440471 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13864890 | + | PROF-2013-S3 Legal Title Trust IV, By U.S. Bank, 440 S. LaSalle Street Ste. 2000, Chicago, IL 60605-5011 |
| 13583503 | + | TD Bank USA, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13583504 | + | Toyota FSB, P.O. Box 108, Saint Louis, MO 63166-0108 |
| 13583505 | + | Trumark Financial Credit Union, 1000 Northbrook Dr, Trevose, PA 19053-8430 |
| 13675512 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Blvd, Fort Mill SC 29715-7203 |
| 13583506 | + | Wfhm, 4101 Wiseman Blvd # Mc-T, San Antonio, TX 78251-4200 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:07 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bknotices@snsc.com | May 19 2021 02:00:00 | U.S. Bank Trust National Association as Trustee of, c/o SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 13583493 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:01 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13583497 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 15-15969-elf    Doc 121    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 19 2021 01:51:32 | Citibank NA, 8725 W. Sahara Ave Mc 02/02/03, The Lakes, NV 89163 |
| 13583498 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 13612409 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13583496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:08 | Citibank, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 13583500 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:20 | Green Tree Servicing L, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13583501 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2021 01:49:00 | Internal Revenue Service, 600 Arch Street RM 5200, Philadelphia, PA 19106 |
| 13583494 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:54:59 | Chase Card, 201 N. Walnut Street, Wilmington, DE 19801 |
| 13583495 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:53:10 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13636573 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:53:10 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13674702 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13645124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:53:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13586898 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13649057 | + | Email/Text: bankruptcy@pb.com | May 19 2021 02:00:00 | Pitney Bowes Inc, 27 Waterview Dr, 3rd Fl, Shelton CT 06484-4361 |
| 13726396 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13587881 | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:51:30 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13583502 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:19 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13622583 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14177608 | + | Email/Text: bknotices@snsc.com | May 19 2021 02:00:00 | U.S. Bank Trust National Association, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PROF-2013-S3 Legal Title Trust IV, By U.S. Bank Na |
| cr | | U.S BANK NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 42 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

**Name** — **Email Address**

ALBERT JAMES MILLAR
 on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us

BRAD J. SADEK
 on behalf of Debtor Elaine Jones brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

DANIELLE BOYLE-EBERSOLE
 on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

JEROME B. BLANK
 on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JEROME B. BLANK
 on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

JILL MANUEL-COUGHLIN
 on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
 on behalf of Creditor FAY SERVICING  LLC bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
 on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILLIAN NOLAN SNIDER
 on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jsnider@fbtlaw.com agilbert@tuckerlaw.com

JOSHUA I. GOLDMAN
 on behalf of Creditor Ditech Financial LLC   Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

JOSHUA I. GOLDMAN
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
 on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
 on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS
 on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

MARIO J. HANYON
 on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com  wbecf@brockandscott.com

PAMELA ELCHERT THURMOND
 on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

ROBERT J. DAVIDOW

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 42 |

      on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
      on behalf of Creditor Ditech Financial LLC robert.davidow@phelanhallinan.com

THOMAS I. PULEO
      on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
      ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Elaine Jones
       Debtor(s)                                      Bankruptcy No: 15−15969−elf
                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                      900 Market Street
                                          Suite 400
                                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                              For The Court
                                                                                   Timothy B. McGrath
                                                                                         Clerk of Court

Dated: 5/18/21

                                                                                                                                          120 − 119
                                                                                                                                      Form 138_new