United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-15969-elf |
| Elaine Jones | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elaine Jones, 5112 Wynnefield Avenue, Philadelphia, PA 19131-2316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| BRAD J. SADEK | on behalf of Debtor Elaine Jones brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor MTGLQ Investors  LP c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| JEROME B. BLANK | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor FAY SERVICING  LLC bankruptcy@powerskirn.com |

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor CITIMORTGAGE INC. bankruptcy@powerskirn.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jsnider@fbtlaw.com
    agilbert@tuckerlaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Ditech Financial LLC Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

JOSHUA I. GOLDMAN
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com
    angelica.reyes@padgettlawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com,
    klittle@logs.com;logsecf@logs.com

LEEANE O. HUGGINS
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com

MARIO J. HANYON
    on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com wbecf@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

ROBERT J. DAVIDOW
    on behalf of Creditor Ditech Financial LLC robert.davidow@phelanhallinan.com

ROBERT J. DAVIDOW
    on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com

THOMAS I. PULEO
    on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC tpuleo@kmllawgroup.com
    bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 21

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Elaine Jones                                                     : Case No. 15−15969−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 23, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

124
Form 195